**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 2:20-cr-5 |
| ) | |
| VARNELL L DIXON,    ) | |
| ) | |
| Defendant.    ) | |

**REPORT AND RECOMMENDATION**

On July 8, 2026, the defendant, Varnell L Dixon, appeared in court for a hearing on the Agreed Supervised Release Revocation Agreement [DE 74] filed by the parties on July 6, 2026. Based upon the record of proceedings the court makes this Report and Recommendation.

On January 11, 2021, Dixon was sentenced to 60 months imprisonment, followed by 2 years of supervised release for committing the offense Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Forfeiture Allegations, in violation of 18 U.S.C. § 924 (c)(1)(A). Dixon's term of supervised release began on June 7, 2024.

On July 31, 2024, the Probation Office filed a notice alleging that Dixon violated terms and conditions of supervised release and no action was taken. [*See* DE 50]. On August 14, 2024, the Probation Office filed another notice alleging that Dixon violated terms and conditions of supervised release and an arrest warrant was issued. [DE 53]. Dixon was arrested on June 12, 2025, following Dixon's acquittal in a state court trial. [DE 56]. The petition was subsequently dismissed. *Id.* On November 3, 2025, the Probation Office filed a notice alleging that Dixon violated terms and conditions of supervised release and an arrest warrant was issued. [DE 59]. An Initial Appearance was held before the undersigned Magistrate Judge on January 12, 2026.

Following the subsequent detention hearing, Dixon was ordered detained and remanded to the custody of the U.S. Marshal pending his final revocation hearing. [DE 67].

On July 6, 2026, Judge James T. Moody issued an Order [DE 72] referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing; to recommend modification, revocation, or termination of the supervised release in this case; and to submit proposed findings and recommendations pursuant to 18 U.S.C. 3401(i), 28 U.S.C. 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

During the Supervised Release Revocation Hearing held on July 8, 2026, Dixon was advised of the allegations in the petition and the range of penalties. He also was advised of his right to a hearing before District Judge James T. Moody on both the alleged violations and the actual sentence. Dixon waived his right to a hearing before the district judge and admitted to committing one Grade C violation.

It is **RECOMMENDED**:

1. The Agreed Disposition [DE 74] be accepted;

2. Dixon be sentenced to a term of incarceration of six (6) months, with no additional term of supervised release to follow; and

3. That Dixon has been in custody for this offense since January 12, 2026 and receive time-served credit effective July 12, 2026.

The parties were advised of their right to object to this Recommendation, and they have waived that right.

ENTERED this 8th day of July, 2026.

/s/ Andrew P. Rodovich
United States Magistrate Judge

2