**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **No. 2:20 CR 5** |
| | ) | |
| **VARNELL L. DIXON** | ) | |

### O R D E R

The Report and Recommendation of the United States Magistrate Judge (DE # 77), to which objections have been waived, is now **ADOPTED**. The Agreed Disposition (DE # 74) is **ACCEPTED**. The defendant is **ADJUDGED** to have committed one Grade C violation of his supervised release, as described in the Agreed Disposition. (DE # 74 at 2.) The court **REVOKES** defendant's term of supervised release and sentences defendant to a term of incarceration of six (6) months, with no additional term of supervised release to follow. Because Dixon has been in custody for this offense since January 12, 2026, the court recommends that the Bureau of Prisons consider Dixon's time served effective July 12, 2026.

**SO ORDERED.**

Date: July 10, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT